UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| KHALIL COLEMAN, | ) | |
| Plaintiff, | ) | Civil No. 6:23-00033-GFVT |
| v. | ) | |
| WAYNE COUNTY DETENTION CENTER, | ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Khalil Coleman's Complaint **[R. 1]** is **DISMISSED** with prejudice.

2. Judgment is **ENTERED** in favor of the Defendants with respect to the claims asserted in this proceeding.

3. This is a **FINAL** Judgment.

This the 10th day of March 2023.

Gregory F. Van Tatenhove
United States District Judge